AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| EMILIO PINERO <br><br> *Plaintiff(s)* <br> v. <br> CARLTON BARNES <br><br> *Defendant(s)* | Civil Action No. 20-cv-25262-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CARLTON BARNES
15985 NW 37 PL
MIAMI, FL 33054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Glenn R. Goldstein, Esq., (55873) Glenn R. Goldstein & Associates, PLLC
150 SE 2nd Ave, Ste. 805, Miami, FL 33131, 561-573-2106
Lauren N. Wassnberg, Esq. (34083) Lauren N. Wassenberg & Associates, PA
1825 NW Corporate Blvd., Ste. 110, Boca Raton, FL 33431, 561-571-0646

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 28, 2020



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Johanna Borges*
Deputy Clerk
U.S. District Courts